### IN THE SUPREME COURT OF PENNSYLVANIA
### MIDDLE DISTRICT

JACK SIBLEY,

        Petitioner

        v.

GLENN D. MCGOGNEY, ESQUIRE AND
ANTHONY D. DIPPOLITO, M.D.,

        Respondents

: No. 130 MAL 2022
:
:
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 7th day of September, 2022, the Petition for Allowance of Appeal and the Petitions for Leave to Amend/Supplement are **DENIED**.